JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
**WILEY PETERSEN**
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants Brian Gruber,*
*Frank Madori, and Statline Medical, PC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>STATLINE MEDICAL, P.C.; BRIAN GRUBER, an Individual; FRANK MADORI, an individual; DOES I through X, inclusive; and ROE Business Entities I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-2291<br><br><br>**DEFENDANTS BRIAN GRUBER, FRANK MADORI, AND STATLINE MEDICAL, PC'S NOTICE OF REMOVAL OF CIVIL ACTION** |

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

Defendants Brian Gruber ("Mr. Gruber"),  Frank Madori ("Mr. Madori"), and Statline Medical, PC ("Statline") (collectively "Defendants") respectfully show:

1.     Brian Gruber,  Frank Madori, and Statline Medical, PC are Defendants in the above-entitled action.

2.     The above-entitled action was commenced in the Eighth Judicial District Court for the State of Nevada, in and for the County of Clark, and is now pending in that court. Defendants Brian Gruber and Frank Madori were served on October 17, 2025. Defendant Statline Medical, PC was served on October 24, 2025. Copies of said Summonses and Complaint are attached hereto respectively as Exhibits "A" and "B."

3.     This Notice is filed timely. *See* 28 U.S.C. 1446(b)(1)("The notice of removal of a civil action or proceeding shall be filed within 30 days after receipt by the defendant . . . .").

4.     Plaintiff has also filed the following in the Eighth Judicial District Court for the State

1

of Nevada:

   a.  Complaint, filed October 8, 2025.

   b.  Summonses, filed October 8, 2025.

   c.  Affirmation of Service, filed October 17, 2025.

   d.  Affirmation of Service, filed October 17, 2025.

   e.  Proof of Service, filed October 28, 2025.

   f.  Notice of Association of Counsel, filed November 4, 2025.

5.     This action is a civil action of which this Court has diversity jurisdiction under the provisions of 28 U.S.C.A. §1332 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C.A. §1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds $75,000 pursuant to 28 U.S.C.A. §1332(a)(1). See Exhibit "B", Complaint.

6.     Plaintiff is a Nevada limited liability company with its principal place of business in Nevada and whose members, on information and belief, are also citizens of the State of Nevada. Defendants are citizens of the State of New York, and thus there is complete diversity.

7.     Plaintiff alleges damages in excess of $75,000 in the complaint.  *See* Par. 14 ("14. As of the date of this Complaint, after accounting for the partial payment, Defendants still owe a principal balance of $6,767,098.18, exclusive of late fees, interest, attorney's fees, and costs of collection.")  *See* 28 U.S.C.A. §1446 (c)(2).

8.     A copy of Defendants' Notice of Removal of the above-entitled action to the United States District Court, for the District of Nevada, together with copies of the Summonses and the Complaint will be contemporaneously filed with the Eighth Judicial District Court of the State of Nevada.

9.     Copies of all pleadings and papers served upon Defendants in the above-entitled action are filed herewith.

10.     This Notice is filed with this Court within thirty (30) days after service on Defendants Brian Gruber and Frank Madori on October 17, 2025 and Defendant Statline Medical, PC on October 24, 2025

2

11.    Defendants Brian Gruber,  Frank Madori, and Statline Medical, PC hereby consent to removal as indicated by the signature of their attorney Jonathan D. Blum, Esq.

WHEREFORE, Defendants pray that the above-entitled action be removed from the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, to this Court.

DATED this 18th day of November, 2025.

**WILEY PETERSEN**

*/s/ Jonathan D. Blum*

JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants Brian Gruber,*
*Frank Madori, and Statline Medical, PC*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of WILEY PETERSEN, and that on the 18th day of November 2025, I caused to be served a true and correct copy of **DEFENDANTS BRIAN GRUBER, FRANK MADORI, AND STATLINE MEDICAL, PC'S NOTICE OF REMOVAL OF CIVIL ACTION** in following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-1 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities, as well as by U.S. Mail, first class, postage pre-paid), upon the following:

Bart J. Verdirame, Esq.
Nevada Bar No. 8704
General Counsel for
New Horizon Medical Solutions, LLC
8395 W Sunset Rd, Suite #200
Las Vegas, NV 89113
Telephone: (702) 378-6863
legal@nhmedical.com

*Attorney for Plaintiff*

Michael V. Cristalli, Esq.
Nevada Bar No. 6266
William D. Schuller, Esq.
Nevada Bar No. 11271
Forrest Zimmerman, Esq.
Nevada Bar No. 17017
CLARK HILL PLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
E-mail: mcristalli@clarkhill.com
 wschuller@clarkhill.com
 fzimmerman@clarkhill.com

*Attorneys for Plaintiff,*
*New Horizon Medical Solutions, LLC*

*/s/ Alexandria Jones*

_____
An Employee of WILEY PETERSEN