JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
**WILEY PETERSEN**
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants Brian Gruber,*
*Frank Madori, and Statline Medical, PC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> STATLINE MEDICAL, P.C.; BRIAN GRUBER, an Individual; FRANK MADORI, an individual; DOES I through X, inclusive; and ROE Business Entities I through X, inclusive, <br><br> Defendants. | CASE NO.: 2:25-cv-2291 <br><br> **DEFENDANTS BRIAN GRUBER, FRANK MADORI, AND STATLINE MEDICAL, PC'S STATEMENT REGARDING REMOVAL** |

Defendants Brian Gruber ("Mr. Gruber"), Frank Madori ("Mr. Madori"), and Statline Medical, PC ("Statline") (collectively "Defendants"), hereby submit the following Statement Regarding Removal:

1. **The date on which you were served with the copy of the Complaint.**

October 17, 2025 (Brian Gruber and Frank Madori)

October 24, 2025 (Statline Medical, PC)

2. **The date on which you were served with a copy of the Summons.**

October 17, 2025 (Brian Gruber and Frank Madori)

October 24, 2025 (Statline Medical, PC)

3. **In removal based on diversity of citizenship, the names of any served Defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of Defendant's evidence of the amount in controversy.**

There are no served defendants who are Citizens of Nevada.

1

*Citizenship of other parties:*

Plaintiff is a Nevada Limited Liability Company.  Upon information and belief, its members are also citizens of Nevada.

Defendants Brian Gruber and Frank Madori are citizens of New York.  Defendant Statline Medical, P.C. is a New York professional corporation with its principal place of business in New York.

*Summary of Defendant's evidence of the amount in controversy:*

Paragraph 14 of the Complaint states, "As of the date of this Complaint, after accounting for the partial payment, Defendants still owe a principal balance of $6,767,098.18, exclusive of late fees, interest, attorney's fees, and costs of collection."

4. **If your notice of removal was filed more than 30 days after you first received a copy of the Summons and Complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.**

   Removal occurred within 30 days of the service of Summons and Complaint.

5. **In actions removed on the basis of the Court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons this action should not be summarily remanded to the state court.**

   Not applicable as the state court action commenced on October 8, 2025.

6. **The name of any Defendant known to have been served before you filed a Notice of Removal who did not formally join the Notice of Removal and the reasons they did not.**

   Not Applicable.

   DATED this 18th day of November, 2025.

                                        **WILEY PETERSEN**

                                        */s/ Jonathan D. Blum*

                                        JONATHAN D. BLUM, ESQ.
                                        Nevada Bar No. 9515
                                        10000 West Charleston Blvd., Ste. 230
                                        Las Vegas, Nevada 89135
                                        *Attorneys for Defendants Brian Gruber,*
                                        *Frank Madori, and Statline Medical, PC*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of WILEY PETERSEN, and that on the 18th day of November 2025, I caused to be served a true and correct copy of **DEFENDANTS BRIAN GRUBER, FRANK MADORI, AND STATLINE MEDICAL, PC'S STATEMENT REGARDING REMOVAL** in following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-1 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities, as well as by U.S. Mail, first class, postage pre-paid), upon the following:

Bart J. Verdirame, Esq.
Nevada Bar No. 8704
General Counsel for
New Horizon Medical Solutions, LLC
8395 W Sunset Rd, Suite #200
Las Vegas, NV 89113
Telephone: (702) 378-6863
legal@nhmedical.com

*Attorney for Plaintiff*

Michael V. Cristalli, Esq.
Nevada Bar No. 6266
William D. Schuller, Esq.
Nevada Bar No. 11271
Forrest Zimmerman, Esq.
Nevada Bar No. 17017
CLARK HILL PLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
E-mail: mcristalli@clarkhill.com
 wschuller@clarkhill.com
 fzimmerman@clarkhill.com

*Attorneys for Plaintiff,*
*New Horizon Medical Solutions, LLC*


*/s/ Alexandria Jones*

_____
An Employee of WILEY PETERSEN