UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>STATLINE MEDICAL, P.C.; BRIAN GRUBER, an Individual; FRANK MADORI, an individual; DOES I through X, inclusive; and ROE Business Entities I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02291-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br>**(FIRST REQUEST)** |

Plaintiff New Horizon Medical Solutions, LLC ("New Horizon" or "Plaintiff") and Defendants Brian Gruber ("Mr. Gruber"), Frank Madori ("Mr. Madori"), and Statline Medical, PC ("Statline") (collectively "Defendants") by and through their undersigned counsel of record, hereby submit this Stipulated Request to Defendants' deadline to file a responsive pleading in this matter.

WHEREAS, this is the Parties' first request for an extension of responsive pleading deadlines.

WHEREAS, on October 8, 2025, Plaintiff filed its Complaint in the Eighth Judicial District Court, Clark County, Nevada.

WHEREAS, on October 17, 2025, Plaintiff served the Summons and Complaint on Defendants Brian Gruber and Frank Madori.

WHEREAS, on October 24, 2025, Plaintiff served the Summons and Complaint on Defendant Statline Medical, PC.

WHEREAS, Defendants filed a Notice of Removal on November 18, 2025, making

1

Defendants' deadline to file a responsive pleading November 25, 2025.

WHEREAS, due to recent retention of counsel, the upcoming holidays and other pressing deadlines, Defendants' counsel requested, and Plaintiff's counsel courteously agreed to, extend Defendant's deadline to December 5, 2025. The request is made in good faith, and not for purposes of delay.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective attorneys of record, that Defendants' responsive pleading shall be due on December 5, 2025.

**IT IS SO STIPULATED.**

DATED this 25th day of November, 2025.

**WILEY PETERSEN**

_____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants Brian Gruber, Frank Madori, and Statline Medical, PC*

DATED this 25th day of November, 2025.

**NEW HORIZON MEDICAL SOLUTIONS, LLC**

/s/ William D. Schuller
_____
Bart J. Verdirame, Esq.
Nevada Bar No. 8704
8395 W Sunset Rd, Suite #200
Las Vegas, NV 89113
Telephone: (702) 378-6863
legal@nhmedical.com

**CLARK HILL PLC**
Michael V. Cristalli, Esq.
Nevada Bar No. 6266
William D. Schuller, Esq.
Nevada Bar No. 11271
Forrest Zimmerman, Esq.
Nevada Bar No. 17017
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
E-mail: mcristalli@clarkhill.com
wschuller@clarkhill.com
fzimmerman@clarkhill.com

*Attorneys for Plaintiff,
New Horizon Medical Solutions, LLC*

[Order Follows on Next Page]

2

## ORDER

Upon Stipulation by counsel for the parties and good cause appearing therefore, IT IS HEREBY ORDERED that Defendants' responsive pleading shall be due on December 5, 2025.

IT IS SO ORDERED.
Dated: November 25, 2025

_____
Nancy J. Koppe
United States Magistrate Judge