Jonathan D. Blum, Esq.
Nevada Bar No. 9515
**WILEY PETERSEN**
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants Brian Gruber,
Frank Madori, and Statline Medical, PC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW HORIZON MEDICAL SOLUTIONS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>STATLINE MEDICAL, P.C.; BRIAN GRUBER, an Individual; FRANK MADORI, an individual; DOES I through X, inclusive; and ROE Business Entities I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02291-GMN-NJK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

     Plaintiff New Horizon Medical Solutions LLC ("Plaintiff") and Defendants Brian Gruber ("Mr. Gruber"), Frank Madori ("Mr. Madori"), and Statline Medical, PC ("Statline") (collectively "Defendants" and with Plaintiff, "Parties") by and through their undersigned counsel of record, hereby stipulate that this matter shall be dismissed with prejudice, in its entirety, with each party to bear their own fees and costs.

     The Parties dismiss this matter pursuant to a confidential settlement agreement ("Agreement"). Notwithstanding the dismissal, this Court shall retain jurisdiction to resolve any dispute arising under the Agreement.

     IT IS FURTHER STIPULATED that all pending hearing dates should be vacated.

//
//
//

IT IS SO STIPULATED.

DATED this 3 day of December, 2025.        DATED this 3rd day of December, 2025.

**WILEY PETERSEN**                          **NEW HORIZON MEDICAL SOLUTIONS LLC**

                                            /s/ William D. Schuller

JONATHAN D. BLUM, ESQ.                      Bart J. Verdirame, Esq.
Nevada Bar No. 9515                         Nevada Bar No. 8704
10000 West Charleston Blvd., Ste. 230       8395 W Sunset Rd, Suite #200
Las Vegas, Nevada 89135                     Las Vegas, NV 89113
Telephone: 702.910.3329                     Telephone: (702) 378-6863
Facsimile: 702.553.3467                     legal@nhmedical.com
jblum@wileypetersenlaw.com

*Attorneys for Defendants Brian Gruber,*    **CLARK HILL PLC**
*Frank Madori, and Statline Medical, PC*    Michael V. Cristalli, Esq.
                                            Nevada Bar No. 6266
                                            William D. Schuller, Esq.
                                            Nevada Bar No. 11271
                                            Forrest Zimmerman, Esq.
                                            Nevada Bar No. 17017
                                            1700 S. Pavilion Center Drive, Suite 500
                                            Las Vegas, Nevada 89135
                                            Telephone: (702) 862-8300
                                            Facsimile: (702) 778-9709
                                            E-mail: mcristalli@clarkhill.com
                                                    wschuller@clarkhill.com
                                                    fzimmerman@clarkhill.com

                                            *Attorneys for Plaintiff,*
                                            *New Horizon Medical Solutions LLC*

[Order Follows on Next Page]

2

**ORDER**

Based upon the Stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-referenced matter be dismissed, with prejudice, each party to bear their own fees and costs.

The Clerk is kindly requested to close this case.

IT IS SO ORDERED.

DATED this __4__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

*Respectfully submitted by:*

**WILEY PETERSEN**

_____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants Brian Gruber, Frank Madori, and Statline Medical, PC*